Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas
San Angelo Division

Plaintiff(s): Efrin Reyna

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s): BRYAN THOMPSON, CJ GOVER, Joel Kelton, Jim Cornelius

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 6:25-cv-059
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: EFFRIN REYNA
   Address: 3111 East CR 411
   City: MAY   State: Texas   Zip Code: 76857
   County: BROWN
   Telephone Number: 325-203-7523
   E-Mail Address:

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: BRYAN THOMPSON
   Job or Title (if known): Judge of Brown County
   Address:
   City: Brownwood   State: TX   Zip Code: 76801
   County: BROWN
   Telephone Number:
   E-Mail Address (if known):
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Joel Kelton
   Job or Title (if known): Precinct #2 Commissioner
   Address:
   City: MAY   State: TX   Zip Code: 76857
   County: Brown
   Telephone Number: 325-
   E-Mail Address (if known):
   [X] Individual capacity   [X] Official capacity

Defendant No. 3
Name: Jimmy Cornelius
Job or Title (if known): WAS AN ACTIVE OFFICER AT THE TIME / Now He is Retired.
Address:
City: BROWN   State: TX   Zip Code:
County: BROWN
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name: CJ GOVER
Job or Title (if known): OFFICER ON SCENE
Address:
City:   State:   Zip Code:
County: BROWN
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Judicial Misconduct, Discrimination. 14th Amendment was broken, Took Away my 2nd Amendment, 4th Amendment, Excessive force, Unlawful arrest, 1rst Amendment. EVERY RIGHT WAS BROKEN AND TAKEN AWAY FROM ME

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*my Dad died as an immediate result of the call* → Joel Kelton, admitted to unnecessary Fire Evacuation call,
Yelled wrongful Accusation → BRYAN THOMPSON - MADE A Discrimination Phone call outside of his Robe, led to poverty
→ Jim Cornelius, - wrongfully Accused, assaulted, and arrested, CRUSHED MY THROAT
CJ - Gover - Excessive Force, WRONGFUL ARREST, Executed me FROM Behind while helpless. BRYAN THOMPSON & TERRY Burnett Cop Conspired to wrongfully Encarcerate ME.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

ON Highway 183, 1 mile South of May, Texas.
ON the side of the road where the dozers were backburning

B. What date and approximate time did the events giving rise to your claim(s) occur?

~~MARCH 21~~ till NOW
MARCH - 21 - 2021

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*My whole FAMILY WAS THERE*
I was Arrested w/ excessive Force [UNLAWFULLY ARREST]
My Mother, myself, and my Family was traumatized by the Brown County Sherriff Dept.
I was Assaulted by Jim Cornelius, CJ Gover. and held down with a cuff on *my arm* behind my back, one officer on each leg, one Subdueing me. with Jim Cornelius' Foot Crushing my throat as CJ Gover Shot me, for the 2nd time.
I was wrongfully Encarcerated, and made to be homeless due to Bryan Thompson's Personal call to my Brother Terry Burnett, which made me miss my fathers funeral. Also, Joel Kelton told be the County made a decision to Backburn That Night, So he and his official called an uncalled for FIRE EVACUATION. THAT should have Never been called. Which end in a death of my Father as an immediate result.
I became homeless because of the Judge Bryan Thompsons Personal call he made to my Brother, To cover up the NIGHT.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Jim Cornelius crushed my throat with his Foot as I was shot. I could Not swallow, and received no medical treatment.

PTSD - for the Rest of my life

DEPRESSION

I take medication from being traumatized

DR. BREWER was my Doctor

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT ($10 million) For Brown County Destroying mine and my FAMILIES LIFE.
I was made to miss my Fathers Funeral also which is Priceless.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 11th 2025

Signature of Plaintiff: *Eff Reyna*
Printed Name of Plaintiff: EFFRIN REYNA

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
          City          State          Zip Code
Telephone Number: _____
E-mail Address: _____