UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

EFFRIN REYNA,

    Plaintiff,

v.

BRYAN THOMPSON, et al.,

    Defendants.

No. 6:25-CV-059-H

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court grant the defendants' motion to dismiss this case with prejudice for failure to state a claim because the Effrin Reyna's claims are time-barred. Dkt. No. 9. Reyna filed objections to the FCR (Dkt. No. 10) and an amended complaint (Dkt. No. 11) via mail 17 days later. The Court construes the amended complaint as a motion for leave to amend. *See* Fed. R. Civ. P. 15(a)(2).

Although the Court treats the objections as timely, *see* Fed. R. Civ. P. 6(d), the Court nevertheless reviews them for plain error because they are insufficiently specific to trigger de novo review. *Williams v. K&B Equip. Co.*, 724 F.2d 508, 511 (5th Cir. 1984) (noting that objections must "put the district court on notice of the urged error"). Indeed, Reyna appears to have buried his objections in twelve pages of "information" that he seeks "to add and update pertaining to [his] lawsuit." Dkt. No. 10 at 1 (emphasis deleted).

Fundamentally, Reyna appears to dispute the FCR's finding regarding the statute of limitations. *See id.* But the FCR correctly found that the applicable statute of limitations for Reyna's claims is two years. Dkt. No. 9 at 5–6 (citing *Balle v. Nueces County*, 952 F.3d 552,

556 (5th Cir. 2017)). Reyna's claims are thus time-barred, rendering further amendments futile. *See Stem v. Gomez*, 813 F.3d 205, 215–16 (5th Cir. 2016).

Finding no error, plain or otherwise, the Court denies Reyna's motion for leave to amend (Dkt. No. 11), accepts and adopts the FCR (Dkt. No. 9), and grants the defendants' motion to dismiss (Dkt. No. 6). Reyna's claims against the defendants are dismissed with prejudice, and the Clerk of Court is ordered to close this case.

So ordered on November 13, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE