UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

EFFRIN REYNA,

    Plaintiff,

v.                                              No. 6:25-CV-059-H

BRYAN THOMPSON, et al.,

    Defendants.

## FINAL JUDGMENT

For the reasons stated in the Court's Order adopting the Magistrate Judge's findings, conclusions, and recommendation, Dkt. No. 12, it is hereby ordered, adjudged, and decreed that judgment is entered for the defendants on their motion to dismiss regarding the plaintiff's claims. The plaintiff's claims against the defendants are dismissed with prejudice, and the Clerk of Court is directed to close the case.

So ordered on November _13_, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE